JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JOYCE LIOU (CA SBN 277720)
JLiou@mofo.com
SABRINA A. LARSON (CA SBN 291661)
SLarson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NUTRITION & FITNESS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION & FITNESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KING HARVEST CALIFORNIA,<br><br>Defendant. | Case No. 8:20-cv-00151-JVS-KES<br><br>**PLAINTIFF NUTRITION & FITNESS, INC.'S NOTICE OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Complaint Filed: January 24, 2020<br><br>The Honorable James V. Selna<br><br>Hearing Date: June 1, 2020 at 1:30 p.m. |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 1, 2020 at 1:30 pm before the Honorable James V. Selna, in the United States District Court for the Central District of California, Courtroom 10C, at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff Nutrition & Fitness, Inc. ("NFI" or "Plaintiff") will, and hereby does, move the Court for a default judgment and permanent injunction against Defendant King Harvest California ("Defendant"). NFI filed its Motion for Default Judgment and Permanent Injunction on April 27, 2020. (Dkt. No. 17.).

Dated:     April 28, 2020       JENNIFER LEE TAYLOR
JOYCE LIOU
SABRINA A. LARSON
MORRISON & FOERSTER LLP


By:    /s/ *Joyce Liou*
         JOYCE LIOU

Attorneys for Plaintiff
NUTRITION & FITNESS, INC.

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years.

I further declare that on April 28, 2020, I served a copy of:

**PLAINTIFF NUTRITION & FITNESS, INC.'S
NOTICE OF MOTION FOR DEFAULT JUDGMENT AND
PERMANENT INJUNCTION**

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic system to the e-mail addresses set forth below.

*Attorney for Defendant*

Stephen M. Lobbin
SML Avvocati P.C.
Email: sml@smlavvocati.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Richmond, California, this 28th day of April, 2020.

Teresa Hurley
(typed)

(signature)

CERTIFICATE OF SERVICE

sf-4233700