JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JOYCE LIOU (CA SBN 277720)
JLiou@mofo.com
SABRINA A. LARSON (CA SBN 291661)
SLarson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NUTRITION & FITNESS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION & FITNESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KING HARVEST CALIFORNIA, <br><br> Defendant. | Case No. 8:20-cv-00151-JVS-KES <br><br> **ORDER GRANTING PLAINTIFF NUTRITION & FITNESS, INC.'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** <br><br> Complaint Filed: January 24, 2020 <br><br> The Honorable James V. Selna |

Plaintiff Nutrition & Fitness, Inc. ("NFI") brought its Motion for Default Judgment and Permanent Injunction against Defendant King Harvest California ("Defendant") before the Court on April 27, 2020.

IT IS HEREBY ORDERED THAT:

A. Default judgment is entered against Defendant on all causes of action.

B. Defendant, its partners, officers, directors, employees, agents, owners, and representatives and all persons, firms, and corporations in active concert or participation with any of them, are enjoined from:

    1. using in any manner BLUE EMU or any trademark, trade name, or domain name that is confusingly similar to or a colorable imitation of BLUE-EMU in connection with any goods or services in the field of pain-relief topicals;

    2. doing any act or thing calculated or likely to cause confusion, mistake or deception in the minds of members of the public as to the source of Defendant's goods or services, or likely to deceive members of the public into believing that there is some affiliation between NFI and Defendant or any other entity owned or controlled by or associated with Defendant;

    3. otherwise competing unfairly with NFI in any manner; and

    4. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in parts (1) through (3) of this paragraph B.

C. Defendant and all persons, firms and corporations in concert or participation with it, as identified in Paragraph B above, are directed to file with this Court and serve upon NFI within thirty (30) days after entry of the injunction a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction and ceased all offering or promoting of goods in the field of pain-relief topicals under the BLUE EMU trademark as set forth above.

**D.** Defendant shall pay NFI its reasonable attorneys' fees and costs, pursuant to 15 U.S.C. § 1117, in an amount to be determined by the Court.  **Any fee application shall be submitted within ten days.**

IT IS SO ORDERED.

Dated: June 15, 2020

_____
Honorable James V. Selna